# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Preeti Sharma

      Plaintiff,

v.                  Case No.: 1:23–cv–02887
                   Honorable Andrea R. Wood

MMD Services, Inc., et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 19, 2023:

  MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for entry of agreed protective order [21] is granted. Enter Orders. Telephonic motion hearing set for 7/20/2023 is stricken; parties need not appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.