IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Preeti Sharma, | ) |
|       Plaintiff, | ) |
| | ) Case No. 1:23-cv-02887 |
| v. | ) |
| | ) Hon. Judge Andrea R. Wood |
| MMD Services Inc.; Maria Dubov; | ) |
| Ardagh Metal Packaging USA Corp., | ) Jury Trial Demanded |
| | ) |
|       Defendants. | ) |

## NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, by stipulation of all parties who have appeared, this matter having been resolved, Plaintiff hereby files this notice of dismissal. Fed. R. Civ. P. 41. Pursuant to Rule 41(B), this dismissal is with prejudice, each party having borne their own attorneys' fees and costs.

*/s/ Max P. Barack*
The Garfinkel Group, LLC
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
Max Barack
max@garfinkelgroup.com
Haskell Garfinkel
haskell@garfinkelgroup.com
(312) 736-7991
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 13, 2023, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                                */s/ Max P. Barack*
                                                                Attorney for Plaintiff